## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILLS, individually and on behalf of a class of similarly situated individuals, | )<br>)<br>) |
| *Plaintiff,* | )  No. 20-cv-01216<br>)<br>) |
| v. | )  Hon. Jorge L. Alonso<br>) |
| NORFOLK SOUTHERN RAILROAD COMPANY, | )<br>)<br>) |
| *Defendant.* | )<br>) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Wills hereby voluntarily dismisses this action without prejudice.

1. On January 24, 2020 Plaintiff filed this action in the Circuit Court of Cook County, Illinois.

2. On February 19, 2020 Defendant removed the case to this Court. (Dkt. 1).

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the defendant serves either an answer or a motion for summary judgment. Defendant has neither answered the Class Action Complaint nor served a motion for summary judgment.

4. Accordingly, Plaintiff hereby voluntarily dismisses the action without prejudice as to all claims asserted by Plaintiff and the putative class.

Dated:  March 11, 2020	Respectfully submitted,

        MICHAEL WILLS

        By: /s/ David L. Gerbie
            One of His Attorneys

David L. Gerbie
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, Illinois 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
dgerbie@mcgpc.com