## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WILLS, individually and on behalf of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 20 CV01216 |
| v. | ) ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation, | ) ) ) | |
| Defendant. | ) | |

### JOINT STATUS REPORT

Plaintiff, Michal Wills and Defendant Norfolk Southern Railway Company ("Norfolk Southern"), by their respective attorneys of record, hereby submit the following joint status report pursuant to the Third Amended General Order 20-0012:

1.      On February 19, 2020, Norfolk Southern properly and timely filed its Notice of Removal of Plaintiff's putative Class Action Complaint filed on January 24, 2020 in the Circuit Court of Cook County, Case No. 2020-CH-00990. (Dkt. #1).

2.      On March 11, 2020, Plaintiff filed his Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Dkt. #8).

3.      To date, the Court has not entered the dismissal order requested by Plaintiff.

Dated: May 18, 2020.

| | |
|---|---|
| /s/ David L. Gerbie | /s/ Laura S. Platt |
| David Gerbie | Raymond H. Groble, III |
| | Laura S. Platt |
| McGuire Law, P.C. | Daley Mohan Groble, P.C. |
| 55 W. Wacker Drive, 9th Floor | 55 W. Monroe, Suite 1600 |
| Chicago, IL 60601 | Chicago, IL 60603 |
| (312) 893-7002 | (312) 422-9999 |
| dgerbie@mcgpc.com | groble@daleymohan.com |
| | lplatt@daleymohan.com |